No. 98–8887. WILLIAMS v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 4th Cir. Certiorari denied.

No. 98–8892. ABRAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8897. JOHNSON v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8928. KERSTEN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8931. TYLER v. ROBERTS. C. A. D. C. Cir. Certiorari denied.

No. 98–8945. HOUGLAND ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8950. ATWOOD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8953. BRYANT v. MORTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8982. SHURELDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8987. EPLEY v. WEST ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8998. WALKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9011. MACKLIN v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–9031. LEE v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 98–9052. RAAB v. WISCONSIN. Ct. App. Wis. Certiorari denied.